IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK K. THOMPSON,              1:05-CV-1237 AWI SMS HC

    Petitioner,

  vs.

M. A. MUNTZ, Warden,

    Respondent.              ORDER OF TRANSFER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

    The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C.  § 1391(b).

    In this case, the petitioner is challenging the failure of prison officials to find him suitable for parole. Where "the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum." Russo v. Newland, 2000 WL 194812, *1 (N.D.Cal.); accord, In re Phelon, 2002 WL 31618536, *1 (N.D. Cal.);

1  Thomas v. Hepburn, 2001 WL 505916, *1 (N.D.Cal.); McKnight v. Forman, 1997 WL 50267, *1 (N.D.
2  Cal.). Petitioner is incarcerated at Chuckawalla Valley State Prison, which is within the jurisdictional
3  boundaries of the Central District of California. See 28 U.S.C. § 84(b). Therefore, in the interest of
4  justice the petition will be transferred to the United States District Court for the Central District of
5  California. 28 U.S.C. §§ 1404(a) and 2241(d).

      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

**Dated:     February 15, 2006**          **/s/ Sandra M. Snyder**
23ehd0                                                           UNITED STATES MAGISTRATE JUDGE